# United States District Court

WESTERN DISTRICT OF WASHINGTON

D. C. GRANT

JUDGMENT IN A CIVIL CASE

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for Rainier
Pacific Bank

CASE NUMBER: CV10-5320-RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff has not met his burden on summary judgment and Defendant's Motion for Summary Judgment [Dkt. #35] is GRANTED. Plaintiff Grant's claims against defendant are DISMISSED WITH PREJUDICE.

| August 31, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s/Caroline M. Gonzalez*
Deputy Clerk